IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **REYNALDO AGUERO,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **3:07-CV-140-L** |
| | § | |
| **NATHANIEL QUARTERMAN, Director** | § | |
| **Texas Department of Criminal Justice,** | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the court is Petitioner's application to proceed *in forma pauperis* in the habease action

he has brought under 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b), and an order of the court

in implementation thereof, this motion was referred to the United States magistrate judge for

proposed findings and recommendation. On January 26, 2007, the Findings and Recommendation

of the United States Magistrate Judge were filed, to which no objections were filed.

After making an independent review of the pleadings, file, and record in this case, the court

determines that the findings and conclusions of the magistrate judge are correct. They are, therefore,

**accepted** as those of the court. Accordingly, Petitioner's application to proceed *in forma pauperis*

is hereby **denied** because he is able to pay the $5.00 filing fee without undue hardship. Petitioner

is hereby **ordered** to pay the $5.00 filing fee by March 20, 2007. If he fails to pay the filing fee by

Order – Page 1

this date, the court will dismiss this case without prejudice, pursuant to Fed. R. Civ. P. 41(b) for

failure to prosecute or comply with a court order.

**It is so ordered** this 28th day of February, 2007.

Sam A. Lindsay
United States District Judge

**Order – Page 2**