IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **REYNALDO AGUERO,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **3:07-CV-140-L** |
| | § | |
| **NATHANIEL QUARTERMAN, Director** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Division,** | § | |
| | § | |
| Respondent. | § | |

**ORDER**

This is a habeas petition, brought pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b), this action was referred to the United States magistrate judge for proposed findings and recommendation. The Findings and Recommendation of the United States Magistrate Judge were filed March 7, 2007, to which no objections were filed.

After making in independent review of the pleadings, file, and record in this case, and the findings and recommendation of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct. They are, therefore, accepted as those of the court. Accordingly, Aguero's petition for the writ of habeas corpus is hereby **denied**, and this action is **dismissed with prejudice** as time-barred.

**It is so ordered** this 26th day of March, 2007.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Solo Page